UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAKOTA TRUSLOW, TERANCE HUDSON, DOMINIC BROWN, MARQUES BONDS, TYANGUS DEERING, JOE WAYNE WATSON, JEREMY DUNCAN, REGGIE TAYLOR, RANDY TANT, LEROY LONG, SHAUN CAMPBELL, TIMOTHY KROL, LAPRINCE BEACH, and JEREMY BROWN,

    Plaintiffs,

v.

DOUG COOK,

    Defendant.

No.: 3:16-cv-00119
REEVES/SHIRLEY

## MEMORANDUM OPINION

This is a pro se prisoners' complaint for violation of 42 U.S.C. § 1983. On November 22, 2016, the Court entered an order in which the Court, *inter alia*, directed the Clerk to send each Plaintiff a copy of the last page of the complaint in this case and ordered Plaintiffs to sign the complaint and send it back within thirty (30) days of entry of that order [Doc. 8 p. 3]. Plaintiffs were notified that if they did not timely comply with the order and return the last page of the complaint with their signature, the complaint may be stricken [*Id.*]. Fed. R. Civ. P. 11(a).

More than thirty days have passed since entry of the relevant order and the Court's docket establishes that no Plaintiff has sent back a signed last page of the complaint. Accordingly, the complaint [Doc. 1] will be **STRICKEN**, there is nothing for the Court to decide in this case, and this case will therefore be **DISMISSED**.

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. See Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

**ENTER:**

_____
**UNITED STATES DISTRICT JUDGE**